UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-12043-GAO

DMITRIY SHIROKOV, on behalf of himself and all others similarly situated,
Plaintiff,

v.

DUNLAP, GRUBB & WEAVER PLLC, US COPYRIGHT GROUP, THOMAS DUNLAP, NICHOLAS KURTZ, GUARDALEY, LIMITED, and ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG,
Defendants.

ORDER
March 9, 2010

O'TOOLE, D.J.

The plaintiff's Motion Pursuant to Fed. R. Civ. P. 15(a)(2) for Leave of Court to File Second Amended Complaint (dkt. no. 12) is GRANTED. The plaintiff shall now file his Second Amended Complaint in accordance with CM/ECF Administrative Procedures.

The defendants shall have twenty-one (21) days after the plaintiff files his Second Amended Complaint to file an answer or other responsive pleading. If the defendants seek to file a motion to dismiss the Second Amended Complaint and/or a motion for sanctions, the memoranda in support of each motion must not exceed thirty-five pages. Any briefs in opposition to said motion(s) also must not exceed thirty-five pages each.

The defendants' Motion for Leave to File Consolidated Reply Brief (dkt. no. 23) is DENIED without prejudice. The remaining motions are MOOT in light of the leave granted to file the Second Amended Complaint.

It is SO ORDERED.

  /s/ George A. O'Toole, Jr.
United States District Judge