UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DMITRIY SHIROKOV, on behalf of himself and all others similarly situated,  <br><br>Plaintiff,<br><br>v.<br><br>DUNLAP, GRUBB & WEAVER, PLLC; US COPYRIGHT GROUP; THOMAS DUNLAP; NICHOLAS KURTZ; GUARDALEY, LIMITED; and ACHTE/NEUNTE Boll Kino Beteiligungs Gmbh & Co KG,<br><br>Defendants. | Case: 1:10-cv-12043-GAO<br><br>**Hearing Requested** |

**MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT OF DEFENDANTS DUNLAP, GRUBB & WEAVER, PLLC, US COPYRIGHT GROUP, THOMAS DUNLAP, AND NICHOLAS KURTZ PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendants Dunlap, Grubb & Weaver, PLLC, US Copyright Group, Thomas Dunlap, and Nicholas Kurtz ("the defendants") respectfully submit this motion to dismiss the plaintiff's Second Amended Class Action Complaint pursuant to Fed. R.Civ. P. 12(b)(6). As grounds therefor, as further set forth in the accompanying memorandum of law, the defendants submit that each of the plaintiff's nineteen counts fails to state a claim on which relief can be granted.

Wherefore, the defendants respectfully request that the Court dismiss the plaintiff's claims in their entirety against defendants Dunlap Grubb & Weaver, PLLC, US Copyright Group, Thomas Dunlap and Nicholas Kurtz, along with the putative class claims, with prejudice, and award attorneys' fees and expenses and such other further relief that the Court deems just and proper.

245454.1

## **REQUEST FOR ORAL ARGUMENT**

The defendants, believing that oral argument may assist the Court, and wishing to be heard, respectfully request oral argument on this motion.

> The Defendants,
> Dunlap, Grubb & Weaver, PLLC,
> US Copyright Group,
> Thomas Dunlap, and Nicholas Kurtz
> By their counsel,
>
> /s/ Kara Thorvaldsen
> George C. Rockas BBO# 544009
> Kara Thorvaldsen BBO# 660723
> WILSON ELSER MOSKOWITZ
> EDELMAN & DICKER  LLP
> 260 Franklin Street
> Boston, MA 02110
> (617) 422-5300

**Certificate Of Service**

I, Kara Thorvaldsen, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I am not aware of any party who is a not a registered participant, and therefore electronic filing is the sole means of service of this document.

/s/ Kara Thorvaldsen

245454.1