UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DMITRIY SHIROKOV, on behalf of himself and all others similarly situated, <br>                Plaintiff <br><br> v. <br><br> DUNLAP, GRUBB & WEAVER, PLLC; US COPYRIGHT GROUP; THOMAS DUNLAP; NICHOLAS KURTZ; GUARDALEY, LIMITED; and ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO. KG, <br>                Defendants. | CIVIL ACTION NO. 1:10-CV-12043-GAO |

**ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO. KG'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

The defendant, Achte/Neunte Boll Kino Beteiligungs Gmbh & Co. Kg ("Achte/Neunte") hereby moves to dismiss the Second Amended Class Action Complaint (hereinafter "Second Amended Complaint") in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.  Achte/Neunte incorporates herein the statement of reasons and citation to supporting authorities included in its Memorandum of Law in Support of Defendant Achte/Neunte Boll Kino Beteiligungs Gmbh & Co. Kg's Motion to Dismiss the Second Amended Class Action Complaint filed contemporaneously with this motion.

Wherefore, Achte/Neunte respectfully requests that the Court dismiss all of the plaintiff's claims against Achte/Neunte in their entirety with prejudice, dismiss the related claims of the putative class with prejudice, and award Achte/Neunte attorney's fees, costs, and any other relief that the Court deems just and proper.

## REQUEST FOR ORAL ARGUMENT

Achte/Neunte, believing that oral argument will assist the Court and wishing to be heard, hereby requests a hearing on its motion to dismiss.

**ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO. KG**

By its attorneys,

*/s/ Harvey Weiner*

_____

Harvey Weiner, BBO #519840
hweiner@peabodyarnold.com
Kevin C. Cain, BBO #550055
kcain@peabodyarnold.com
Kiley M. Belliveau, BBO #661328
kbelliveau@peabodyarnold.com
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
(617) 951-2100

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that I have conferred with plaintiff's counsel regarding the foregoing motion to dismiss and attempted in good faith to resolve or narrow the issues in dispute.

*/s/ Kevin C. Cain*

_____

Kevin C. Cain

## CERTIFICATE OF SERVICE

I, Harvey Weiner, counsel for the defendant, do hereby certify, that I have this date, served the foregoing *Defendant Achte/Neunte Boll Kino Beteiligungs Gmbh & Co. Kg's Motion to Dismiss the Second Amended Class Action Complaint* by causing a copy of said document to be sent electronically to the registered participants in this case as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non-registered participants in this case.

*/s/ Harvey Weiner*

_____

Harvey Weiner