AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

FILED
IN CLERKS OFFICE

2012 FEB 14 P 2: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| SHIROKOV, on behalf of himself and all others similarly | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:10-cv-12043-GAO |
| OMAS DUNLAP; NICHOLAS KURTZ; GUARDALEY, LI | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DMITRIY SHIROKOV, on behalf of himself and all others similarly situated                .

Date:   02/14/12

*Attorney's signature*

Nazli Saka     BBO # 682565
*Printed name and bar number*

66 Homer Avenue Apt 509 Cambridge, MA 02138
*Address*

nsaka@boothsweet.com
*E-mail address*

(617) 309-7704
*Telephone number*

(617) 250-8883
*FAX number*