

December 16, 2013

**Kara Thorvaldsen**
617.422.5323 (direct)
Kara.Thorvaldsen@wilsonelser.com

<u>**Via Email and First Class Mail**</u>

Daniel G. Booth, Esq.
dbooth@boothsweet.com
Jason Sweet, Esq.
jsweet@boothsweet.com
Booth Sweet LLP
32R Essex Street, Suite 1
Cambridge, MA 02139

    Re:   *Shirokov v. Dunlap, Grubb & Weaver PLLC*
            U.S.D.C. D. Mass. No. 1:10-cv012043-GAO
            <u>Our File No.:  09305.00037</u>

Dear Dan and Jason:

Enclosed please find the following document:

    1.    OFFER OF JUDGMENT PURSUANT TO FED. R.CIV. P. 68.

Please treat this as superseding the Offer of Judgment previously served on December 3, 2013. We look forward to hearing from you. Thank you.

Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

Kara Thorvaldsen
Encl.
cc:    Matthew Lee, Esq. (via email)

260 Franklin Street, 14th Floor • Boston, MA 02110 • p 617.422.5300 • f 617.423.6917

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
wilsonelser.com

1009098.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DMITRIY SHIROKOV, on behalf of himself and all others similarly situated<br><br>    Plaintiff,<br>v.<br><br>DUNLAP, GRUBB & WEAVER, PLLC; US COPYRIGHT GROUP; THOMAS DUNLAP; NICHOLAS KURTZ; GUARDALEY, LIMITED; and ACHTE/NEUNTE Boll Kino Beteiligungs Gmbh & Co KG,<br><br>    Defendants. | Case: 1:10-cv-12043-GAO |

**OFFER OF JUDGMENT PURSUANT TO FED. R.CIV. P. 68**

Pursuant to Fed. R.Civ. P. 68, defendant Dunlap, Grubb & Weaver, PLLC ("the defendant") in the above captioned matter hereby offers to allow judgment to enter against it in the amount of $3,179.52 (Three Thousand, One Hundred, Seventy Nine Dollars and Fifty Two Cents) plus reasonable costs and attorneys' fees incurred to date in connection with bringing an individual claim against the defendants, in an amount to be determined by the Court upon submission of a petition by plaintiff, to which the defendant shall have the right to respond, in exchange for the dismissal of the Second Amended Complaint as to defendants U.S. Copyright Group, Thomas Dunlap, and Nicholas Kurtz, with prejudice and with all rights of appeal waived. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed as an admission that the defendants are liable in this action.

If plaintiff Dmitriy Shirokov ("the plaintiff") accepts the Offer of Judgment, he shall, within fourteen days after the service of this Offer of Judgment, serve written notice of

acceptance upon the defendant. If the plaintiff does not serve such written notice within fourteen days after service of the Offer of Judgment, it shall be deemed withdrawn. If the judgment that the plaintiff finally obtains is not more favorable than the unaccepted offer, the plaintiff must pay the costs incurred by the defendant after the offer was made pursuant to F.R.Civ. P. 68.

Dunlap, Grubb & Weaver, PLLC,
US Copyright Group,
Thomas Dunlap, and Nicholas Kurtz

By their Attorneys,

George C. Rockas BBO# 544009
Kara Thorvaldsen BBO# 660723
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
260 Franklin Street
Boston, MA 02110
(617) 422-5300
George.Rockas@wilsonelser.com
Kara.Thorvaldsen@wilsonelser.com

Matthew W. Lee, *pro hac vice*
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
8444 Westpark Drive
Suite 510
McLean, VA 22102
Matthew.Lee@wilsonelser.com

1009094.1

## Certificate Of Service

I, Kara Thorvaldsen, hereby certify that the foregoing document has been served this 16th day of December, 2013 on counsel of record by first class mail, postage prepaid, as follows:

Daniel G. Booth BBO # 672090
Jason E. Sweet BBO # 668596
BOOTH SWEET LLP
32R Essex Street, Suite 1
Cambridge, MA 02139
(617) 250-8602

Kara Thorvaldsen

1009094.1