UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DMITRIY SHIROKOV
        Plaintiff

v.                    CIVIL ACTION NO. 10-12043-GAO

DULAP, GRUBB & WEAVER PLLC,
U.S. COPYRIGHT GROUP,
THOMAS DUNLAP, NICHOLAS
KURTZ, and ACHTE/NEUNTE
BOLL KINO BETEILIGUNGS
GMBH & CO. KG,
        Defendants

**JUDGMENT IN A CIVIL CASE**

    O'Toole, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment against Dunlap, Grubb & Weaver, PLLC, in the amount of $3,179.52, plus attorneys' fees in the amount of $31,795, as well as $4,935.43 costs.

Robert M. Farrell,
CLERK OF COURT

Dated: 3/27/2014                  By /s/Chris Danieli
                                           Deputy Clerk

NOTE: The post judgment interest rate effective this date is 0.14 %.

(General Civil Judgment.wpd - 3/7/2005)